# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MODARAMO MEDIA, INC.,<br><br>Defendant.<br>_____/ | CIVIL ACTION FILE NO.<br>2:25-cv-04537-ST<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT MODARAMO MEDIA, INC. TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, between the undersigned counsel for plaintiff Chad Barnes, individually and on behalf of all others similarly situated, and counsel for defendant Modaramo Media, Inc. ("Defendant'), pursuant to Federal Rule of Civil Procedure 6(b), that the time for Defendant to answer, move, or otherwise respond to the Complaint, filed in the above-captioned action on August 14, 2025 (Dkt. No.1), shall be extended from December 9, 2025, to, and including, March 9, 2026. This would be the second extension of Defendant's deadline to respond to the Complaint. On September 8, 2025, the Court granted the parties' stipulation (Dkt. No. 11) and extended Defendant's deadline to respond to the Complaint from September 14, 2025, to December 9, 2025.

The parties also stipulate to continue the initial conference currently set for January 6, 2026 to April 6, 2026, or a date thereafter convenient for the Court. (Dkt 12). This will be the first continuance to date set for the initial conference.

The parties respectfully submit that GOOD CAUSE exists for the requested extensions because the parties are engaged in active investigation of the circumstances surrounding the allegations in the Complaint which may result in the dismissal of this action. Therefore, the requested extensions are warranted to preserve the parties' resources and to promote judicial

efficiency.

IT IS FURTHER STIPULATED AND AGREED that this stipulation/extension does not constitute a waiver of any claim, right, or defense.

DATED this 4th day of December, 2025.

By:/s/ *Anthony I. Paronich*
Anthony I. Paronich, *Subject to Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the putative Class*

DATED this 4th day of December, 2025.

By:/s/ *Justin E. Klein*
Justin E. Klein
Justin.Klein@beneschlaw.com
Benesch Friedlander Coplan & Aronoff LLP
1155 Avenue of the Americas
Floor 26
New York, NY 10036
Telephone: 646.777.0022

*Attorneys for Defendant Modaramo Media, Inc.*

SO ORDERED, this __ day of December, 2025

_____
Hon. Steven Tiscione
Magistrate Judge for the United States District Court
for the Eastern District of New York