UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Chad Barnes

        Plaintiff(s),

v.

Modaramo Media, Inc.

        Defendant(s).

2:25-cv-04537-ST

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, __Patricia Brum__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner__ with the law firm of __Snell & Wilmer, L.L.P.__
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __California__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __2:25-cv-04537__ for __Defendant Modaramo Media, Inc.__

Date __December 29, 2025__
__Los Angeles__, California

_____
Signature of Movant
Firm Name __Snell & Wilmer, L.L.P.__
Address __City National 2CAL__
__350 South Grand Avenue, Suite 3100__
__Los Angeles, California 90071-3420__
Email __pbrum@swlaw.com__
Phone __213.929.2500__

**NOTARIZED**

SANDY PENARANDA
COMM # 2388653
Los Angeles County
California Notary Public
Comm Exp Dec. 30, 2025

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __LOS ANGELES__ }

On __DECEMBER 29, 2025__ before me, __SANDY PENARANDA, A NOTARY PUBLIC__,
　　　Date　　　　　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared __PATRICIA BRUM__
　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**[Notary Seal: SANDY PENARANDA, COMM # 2388653, Los Angeles County, California Notary Public, Comm Exp Dec. 30, 2025]**

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signed]__
　　　　　　Signature of Notary Public

Place Notary Seal and/or Stamp Above

―――――――――― OPTIONAL ――――――――――

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE__
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____  Signer's Name: _____
☐ Corporate Officer – Title(s): _____  ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General  ☐ Partner – ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact  ☐ Individual　☐ Attorney in Fact
☐ Trustee　☐ Guardian or Conservator  ☐ Trustee　☐ Guardian or Conservator
☐ Other: _____  ☐ Other: _____
Signer is Representing: _____  Signer is Representing: _____

©2019 National Notary Association