# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 6, 2026 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-25-4537 (ST) |
| NAME OF CASE(S): | Barnes v. Modaramo Media, Inc. |
| FOR PLAINTIFF(S): | Paronich |
| FOR DEFENDANT(S): | Brum |
| NEXT CONFERENCE(S): | Settlement Conference - March 23, 2026 at 2:00 p.m. |
| FTR/COURT REPORTER: | Not Recorded |

**RULINGS FROM** Initial Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 1/20/26;

Completion of Phase I discovery - 3/7/26;

Deadline for motions to join new parties or amend pleadings - 4/6/26;

First requests for production of documents and interrogatories due by - 4/21/26;

All fact discovery to be completed by 8/5/26;

Exchange of expert reports - 9/4/26;

Expert depositions completed by - 10/4/26;

All discovery completed by - 10/6/26;

Final date to take first step in dispositive motion practice - 11/5/26.

An in-person settlement conference will be held on March 23, 2026 at 2:00 p.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via ex parte electronic filing no later than March 20, 2026. A motion to file ex parte is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.

Counsel are reminded that unless counsel file the proper consent form confirming that the parties agree to have this case remain under the sole jurisdiction presiding Magistrate Judge by January 13th, a District Judge will be assigned to the case.