IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHAD BARNES, individually and on behalf of all others similarly situated, | : : : : : : : : : : : : | CIVIL ACTION FILE NO. 2:25-cv-04537 |
| Plaintiff, | | |
| v. | | |
| MODARAMO MEDIA, INC. | | |
| Defendant. | | |

**Notice of Settlement**

The plaintiff files this notice to advise the Court that a settlement has been reached that will result in dismissal of this matter and the parties hope to file appropriate dismissal paperwork within sixty days.

Dated: February 28, 2026        PLAINTIFF,


/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Pro Hac Vice*